

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00056-CV

Gary **HODGE** and Robert Hart III,
Appellants

v.

**STEPHEN KRAFT IND.** and as Member on Behalf of Grupo Habanero LLC,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18038
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellants have filed a motion to substitute and a motion for extension of time to file their motion for rehearing and reconsideration en banc. Appellants' motions are GRANTED. Appellants' deadline to file their motion for rehearing and/or motion for rehearing en banc is extended to December 14, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court